UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   5:25–cv–00119–MWF–ACCV          Date      April 2, 2026

Title      CYNTHIA DAVIDSON–BENNETT V. MOUNTAINS COMMUNITY HOSPITAL ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

           Rita Sanchez                              Not Reported;
         Courtroom Deputy                           Court Reporter

      Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):
             None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

     In light of the Notice of Settlement filed 3/30/2026 (by email), the Court sets a hearing on Order To Show Cause Re Dismissal for April 13, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

     **IT IS SO ORDERED.**

                                                    Initials of Clerk:  rs